**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN GLENN JACOBSON, | |
|     Petitioner, | 3:11-cv-00024-LRH-RAM |
| vs. | |
| JACK PALMER, | ORDER |
|     Respondent. | |

Petitioner Sean Jacobson has filed an application to proceed *in forma pauperis* and submitted a petition for a writ of habeas corpus. However, the application is incomplete as it does not include a Financial Certificate signed by the appropriate prison official calculating the fee due. Petitioner shall be given an additional thirty days to file an amended and complete application to proceed in *forma pauperis*. Failure to comply with the order shall result in the action being dismissed without prejudice.

IT IS THEREFORE **ORDERED** that Jacobson's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 3) is **DENIED without prejudice**. Jacobson shall have thirty (30) days from the date this order is **ENTERED** in which file a complete application including the properly signed Financial Certificate.

IT IS FURTHER **ORDERED** that the Clerk shall send the proper Application form to petitioner for his use in complying with this order.

Dated this 4th day of February, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE