# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SEAN GLENN JACOBSON,

        Petitioner,

vs.

JACK PALMER,

        Respondent.

3:11-cv-00024-LRH-RAM

ORDER

Petition Sean Jacobson has filed motion for more time to pay his filing fee. (ECR No. 14.) Good cause appearing, the motion shall be **granted**. Petitioner shall have until June 7, 2011, to pay the filing fee.

IT IS SO **ORDERED**.

Dated this 16th day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE