**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SEAN GLENN JACOBSON,

        Petitioner,        3:11-cv-00024-LRH-RAM

vs.

                             ORDER

JACK PALMER,

        Respondent.

On June 29, 2001, petitioner Sean Jacobson filed a fifth motion seeking more time to pay his filing fee. (ECR Nos. 20.) He advised the Court that he would likely receive the funds by the first day of July.

In granting his last extensions of time, the Court informed petitioner it would be his last. Moreover, the Clerk's office has not received the fee, even though the Court allowed additional time past the date he indicated. Thus, this matter shall be dismissed without prejudice for failure to pay the filing fee. The motion for extension of time (ECF No. 20) is **denied.** The petition is **dismissed without prejudice.** The clerk shall enter judgment accordingly.

IT IS SO **ORDERED**.

Dated this 18th day of July, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE